UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 08-0176 |
| MALCOLM R. PETAL, <u>ET</u> <u>AL</u>. | SECTION: "I"(5) |

<u>O R D E R</u>

Having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection[1] of defendant, Malcolm Petal, which is **OVERRULED**, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.[2]

Accordingly,

**IT IS ORDERED** that a money judgment be entered in favor of the government and against the respondent, Ruth Petal, in the amount of $3,000.00.

New Orleans, Louisiana, this 15th day of February, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 183.

[2] The Court notes that the Report and Recommendation contains a typographical error on page 10. Citing "28 U.S.C. § 3003(c)(7)(C)," the Magistrate Judge wrote that, "nothing in the FDCPA supersedes the authority of a court ' . . . to exercise the power of contempt under any Federal law.'" However, 28 U.S.C. § 3003(c)(7)(C) does not exist. Rather, the quoted language appears in 28 U.S.C. § 3003(c)(8)(C).